RITA V. VOSE, Respondent, *v.* CHARLES R. VOSE, Appellant.

Argued April 18, 1939; decided May 17, 1939.

*Henry A. Uterhart* and *Alfred M. Schaffer* for appellant.

*William Gresser, Nathan Walker* and *T. Channon Press* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.